LAW OFFICE OF BRIAN C. ANDRITCH
Brian C. Andritch, SBN 203808
2140 Merced Street, Suite 105
Fresno, California 93721-1721
Telephone: (559) 495-0200
Facsimile: (559) 495-0123
brian@fresnodefense.com

Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN CARLOS CARRILLO SANCHEZ,<br>Defendant. | Case No. 1:26-cr-00078-JLT-SAB<br><br>STIPULATION AND ORDER REGARDING SECURED PROPERTY BOND |

Plaintiff, the United States of America, by and through its counsel, and defendant Juan Carlos Carrillo Sanchez, by and through his counsel, stipulate and respectfully request that the Court set the secured property bond required as a condition of release at $163,728.18, representing all currently available appraised equity in the real property described below.

The proposed sureties, Maria Sanchez Diaz and Ricardo Carrillo, are the record owners, as joint tenants, of the real property commonly known as 5574 W Pontiac Way, Fresno, California 93722-1170, APN 511-371-05S. The property was appraised at $445,000.00 as of May 19, 2026. Known monetary encumbrances total $281,271.82, consisting of an unpaid principal balance of $271,314.13 on the first deed of trust and $9,957.69 on the HUD Partial Claim Deed of Trust. The resulting available appraised equity is $163,728.18.

The parties agree that all such available equity, up to $163,728.18, may secure Defendant's Appearance and Compliance Bond. The sureties will execute and lodge the required bond and real-property security documents, including the deed of trust and supporting title

documentation, per Federal Rule of Criminal Procedure 46 and Eastern District of California Local Rule 151.

This stipulation concerns only the amount and real-property security for the property bond. All other conditions of release remain unchanged.

**IT IS SO STIPULATED.**

Date: September 4, 2026

Brian C. Andritch
*Attorney for Defendant*

Date: September 4, 2026

Assistant United States Attorney

**ORDER**

Good cause appearing and according to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The secured property bond required as a condition of Defendant's release is SET at $163,728.18.
2. The bond shall be secured by all available equity, up to $163,728.18, in the real property commonly known as 5574 W Pontiac Way, Fresno, California 93722-1170, APN 511-371-05S, owned of record by Maria Sanchez Diaz and Ricardo Carrillo as joint tenants.
3. The sureties shall execute and lodge the bond and real-property security documents required by Federal Rule of Criminal Procedure 46 and Eastern District of California Local Rule 151. Acceptance and recording of those documents shall be subject to the Clerk's ordinary review and procedures.
4. All other conditions of release remain in full force and effect.

Date: **Sep 9, 2026**

Stanley A. Boone, United States Magistrate Judge